IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Jerome W | Case Number: 08 B 02902 |
|---|---|---|
| | Smith, Rosa D | Judge: Hollis, Pamela S |
| | Printed: 12/10/08 | Filed: 2/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  December 8, 2008
Confirmed: April 21, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 4,000.00 | |
| Secured: | | 717.48 |
| Unsecured: | | 23.83 |
| Priority: | | 0.00 |
| Administrative: | | 3,000.00 |
| Trustee Fee: | | 258.69 |
| Other Funds: | | 0.00 |
| Totals: | 4,000.00 | 4,000.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Burns & Wincek, Ltd. | Administrative | 3,000.00 | 3,000.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | CitiFinancial Auto Credit Inc | Secured | 0.00 | 0.00 |
| 4. | Barclays Capital Real Estate | Secured | 0.00 | 0.00 |
| 5. | Illinois Title Loans | Secured | 1,252.55 | 624.37 |
| 6. | Barclays Capital Real Estate | Secured | 13,383.45 | 93.11 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 2,736.67 | 0.00 |
| 8. | Resurgent Capital Services | Unsecured | 2,299.07 | 0.00 |
| 9. | Resurgent Capital Services | Unsecured | 762.62 | 23.83 |
| 10. | Jefferson Capital Systems LLC | Unsecured | 39.21 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 503.73 | 0.00 |
| 12. | Resurgent Capital Services | Unsecured | 7,223.65 | 0.00 |
| 13. | ECast Settlement Corp | Unsecured | 1,109.57 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 447.66 | 0.00 |
| 15. | Wells Fargo Financial Illinois Inc | Unsecured | 898.49 | 0.00 |
| 16. | Nationwide Acceptance Corp | Secured | | No Claim Filed |
| 17. | Kedzie Avenue Depot Federal Credit Union | Secured | | No Claim Filed |
| 18. | Allied Interstate | Unsecured | | No Claim Filed |
| 19. | Powers & Moon LLC | Unsecured | | No Claim Filed |
| 20. | Norwest Financial | Unsecured | | No Claim Filed |
| 21. | CCA | Unsecured | | No Claim Filed |
| | | | $ 33,656.67 | $ 3,741.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Smith, Jerome W | Case Number: 08 B 02902 |
|---|---|---|
| | Smith, Rosa D | Judge: Hollis, Pamela S |
| | Printed: 12/10/08 | Filed: 2/8/08 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 6.41 |
| 6.5% | 252.28 |
| | $ 258.69 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

